| Date | Pleading Number | |
|---|---|---|
| 9/2/75 | 1 | MOTION & BREIF -- Plaintiffs ~~NEILL E. ACHTERHOF~~, STEVEN C. WOOD, ~~ROY ~~, ~~JOHN C. ADAMS~~ to transfer actions pursuant to 28 U.S.C. §1407  SUGGESTED TRANSFEREE FORUM: S.D. CALIFORNIA |
| /11/75 | 2 | RESPONSE -- HARRY I. SCARBOROUGH, III w/cert. of service |
| 9/15/75 | 3 | RESPONSE -- COLLINS, JOHNSON APRILL, ARMOUR, ACHTERHOF w/cert. of service |
| 9/15/75 | | REQUEST FOR EXTENSION -- BRUCE MICHAEL SWITZER -- GRANTED TO SEP. 26, 1975  TO ALL -- NOTIFIED COUNSEL |
| 9/15/75 | | APPEARANCES -- Steven C. Wood, John C. Adams -- Ben Margolis, Earl B. Collins, Bradley W. Johnson, Daniel Lee Armour, Joe L. Aprill, Neil E. Achterhof -- Eric A. Seitz Larry M. Boyle for Bruce M. Switzer, Ray P. McClain for Earl Lloyd Alderfer, ~~XXXXXXXXXXXXXXXXXXXX~~ Paul Cantrell, Jr. for James A. Crawford, W. Paul Cantrell for Jesse R. Bailey, Terry J. Hannon, Thomas H. Grzeika, Larry E. Wilson, Melvin K. Dayley for Kleveno and Braye, John Vaisey for Edward W. Brashwell, William H. Hitt for Harry Inq Scarborough, James E. Bradberry for James A. Carini and Nathan M. Norton for U. S. A., Thomas S. Rogers, Cap. Nicholson, Admiral Carmody, James R. Schlesinger and J. William Middendorf |
| 9/18/75 | 4 | RESPONSE -- ~~XXXXX~~ EARL LLOYD ALDERFER w/cert. of service |
| 9/18/75 | 5 | RESPONSE -- JAMES A. CARINI w/cert. of service |
| 9/22/75 | 6 | SUPPLEMENTAL BRIEF OF MOVANTS -- To add certain points and authorities and B-1 through B-9 actions. |
| 9/22/75 | 7 | RESPONSE --JAMES A CRAWFORD, JESSE R. BAILEY, THOMAS H. GREZEIKA AND TERRY JAMES HANNON, ALLEN W. JOHNSTON AND LARRY E. WILSON w/cert. of service |
| 9/26/75 | 8 | RESPONSE -- DEFENDANTS w/cert. of service |
| 9/29/75 | 9 | RESPONSE -- PLAINTIFFS KLEVENO AND BRAYE w/cert. of service |
| 9/29/75 | 10 | RESPONSE -- BRUCE MICHAEL SWITZER w/ cert. of service |
| 9/29/75 | | APPEARANCES, RALPH C. BEARD --Rudy Hernandez, ROBERT A. BORSCHOWA, Bruce A. Reed, and EDWARD BIRDSALL, James L. Vonasch |
| 9/30/75 | | REQUEST FOR EXTENSION -- DAVID T. SALTER (INTERVENOR PLAINTIFF A-6)  Granted to Oct. 13, 1975 |
| ~~10/1/75~~ | | ~~AMENDED CERTIFICATE OF SERVICE -- Movant~~ |
| 10/1/75 | | APPEARANCE -- ROY AIKENS -- Scott J. Tepper, Esq. |
| 10/3/75 | 11 | RESPONSE -- EDWARD BRASWELL w/cert. of service |
| 10/7/75 | | Appearance -- John Vaisey, Esq. for Braswell and James L. Vonasch, Esq. for Birdsall |
| 10/9/75 | | HEARING ORDER setting A-1 through B-10 for oral hearing October 29, 1975 Orlando, Florida |
| 10/9/75 | 12 | REPLY BRIEF -- Movant Wood w/ cert. of service |
| 10/14/75 | 13 | RESPONSE -- INV, PLTF. -- DAVID T. SALTER w/cert. of service |
| 10/17/ | 14 | RESPONSE -- BIRDSALL PLAINTIFFS w/cert. of service |
| 10/20/75 | 15 | RESPONSE -- BEARD, ET AL.  w/cert. of service |
| 10/29/75 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Scarborough and Ruble 10/29/75 |
| 2/10/76 | | OPINION AND ORDER -- DENYING TRANSFER --of actions under 28 U.S.C. §1407 |

## Description of Litigation

MDL DOCKET NO. 224 -- IN RE U. S. NAVY VARIABLE RE-ENLISTMENT BONUS LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s): 10/29/75

Date(s) of Opinion(s) or Order(s): 2/10/76

Consolidation Ordered: ____   Name of Transferee Judge: ____

Consolidation Denied: XX   Transferee District: ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Steven C. Wood, et al. v. United States, et al. | S.D. Cal | CV75-0382-N | | | | |
| A-2 | Roy W. Aikin, et al. v. United States, et al. | S.D. Cal | CV75-0062-N | | | | |
| A-3 | Harry Ing Scarborough, III v. Schlesinger, et al. | S.D.Cal | CV 74-585-N | | | | |
| A-4 | Henry D. Ruble v. Schlesinger, et al | S.D.Cal | CV75-0272-N | | | | |
| A-5 | John C. Adams, Jr., et al. v. United States | C.D.Cal | CV74-1585 ALS | | | | |
| A-6 | Alvin A. Kleveno, et al. v. Rogers, et al. | N.D.Cal | C74-2535 AJZ | | | | |
| A-7 | Douglas A. Braye, et al. v. Webster et al. | E.D.Cal | Civ. S-74 484 | | | | |
| A-8 | Edward W. Braswell, et al. v. Webster, et al. | W.D.Wash | C75-286S | | | | |
| A-9 | Bruce Michael Switzer, et al. v. United States, et al. | D. Idaho | Civ 4-75-11 | | | | |
| A-10 | Earl B. Collins, et al. v. Schlesinger, et al. | D. Hawaii | 75-0053-P | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Bradley W. Johnson, et al. v. James R. Schlesinger, et al. | D. Hawaii | 75-0079-P | | | | |
| A-12 | Joe l. Aprill, et al. v. James R. Schlesinger, et al. | D. Hawaii | 75-0142-p | | | | |
| A-13 | Daniel Lee Armour, et al. v. James R. Schlesinger, et al. | D. Hawaii | 75-0221 | | | | |
| A-14 | Neill E. Achterhof, et al. v. James R. Schlesinger | D. Hawaii | 75-0275 | | | | |
| A-15 | Earl Lloyd Alderfer, et al. v. James R. Schlesinger, et al. | D. S.C. | 74-1854 | | | | |
|  | COURT OF APPEALS FOR THE FOURTH CIRCUIT James A. Carini, et al. v. U.S.A. et al. |  | 74-88-NN | | | | |
| B-1 | Jesse R. Bailey, et al. v. Vincent Sylvester, et al. | D.S.C. | Civ 75-9 | | | | |
| B-2 | James A. Crawford, et al. v. Frederick n. Margol, et al. | D. S.C. | Civ. 75-227 | | | | |
| B-3 | Bruce Edward Blockus v. James Schlesinger | D.S.C. | Civ 75-962 | | | | |
| B-4 | Thomas H. Grezeika v. James R. Schlesinger, et al. | D.s.C | Civ. 75-1220 | | | | |
| B-5 | Larry E. Wilson, et al. v. James R. Schlesinger, et al. | D.S.C. | Civ. 75-1344 | | | | |
| B-6 | Allen W. Johnston v. James R. Schlesinger | D.S.C. | Civ. 75-1288 | | | | |
| B-7 | Ralph C. Beard, et al. v. United Wtates of america, et al. | N.D.FLA | 75-561-Civ-J-S | | | | |
| B-8 | Robert Alan Borschowa v. William J. Middendorf, II | W.D.Wash | 75-599S | | | | |
| B-9 | Edward A. Birdsall v. United States of America, et al. | W.D.Wash | 75-510S | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-10 | Andrew C. Angew, Jr., et al. v. James R. Schlesinger, et al. | D.S.C. | 75-1624, *[illegible]* | | | | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 224 -- IN RE U. S. NAVY VARIABLE RE-ENLISTMENT BONUS LITIGATION

| Plaintiff | Defendant |
|---|---|
| STEVEN C. WOOD (A-1)<br>JOHN C. ADAMS, JR. (A-5)<br><br>Ben Margolis, Esquire<br>Margolis, McTernan, Scope & Sacks<br>3600 Wilshire Boulevard<br>Suite 2200<br>Los Angeles, Calif.  90010<br><br>JOE L. APRILL, ET AL (A-12)<br>NEILL E. ACHTERHOF (A-14)<br>EARL B. COLLINS (A-10)<br>BRADLEY W. JOHNSON (A-11)<br>DANIEL LEE ARMOUR (A-13)<br>Eric A. Seitz, Esquire<br>3049-B Kalihi Street<br>Honolulu, Hawaii  96819<br><br>BRUCE MICHAEL SWITZER (A-9)<br>Larry M. Boyle, Esquire<br>Hanson & Boyle<br>320 A Street<br>Idaho Falls, Idaho  83401<br><br>ANDREW CHARLES AGNEW, JR. (B-10)<br>EARL LLOYD ALDEFER (A-15)<br>Ray P. McClain, Esquire<br>Epstein, McClain & Derfner<br>P.O. Box 608<br>Charleston, South Carolina  29402<br><br>JAMES A. CRAWFORD (*)<br>W. Paul Cantrell, Esquire<br>18 Broad Street<br>Charleston, South Carolina  29401<br><br>JESSE R. BAILEY  (*)<br>TERRY JAMES HANNON (*)<br>THOMAS H. GRZEIKA (*)<br>LARRY E. WILSON (*)<br>W. Paul Cantrell, Jr., Esquire<br>Holmes, Thomson, Logan &<br>  Cantrell<br>P.O. Box 152<br>Charleston, South Carolina | UNITED STATES OF AMERICA<br>CAPTAIN THOMAS S. ROGERS, JR.,<br>  (C.O., USS Coral Sea (CVA-43))<br>CAPTAIN NICHOLSON, C.O., USS<br>  Ranger (CVA-61))<br>ADMIRAL M. CARMODY, Commadant,<br>  12th Naval District<br>JAMES R. SCHLESINGER, Secretary<br>  of  Defense<br>J. WILLIAM MIDDENDORF<br>   (Acting Secretary of Defense<br>Nathan M. Norton, Esquire<br>General Litigation Section<br>Civil Division<br>Department of Justice<br>Washington, D. C.  20530 |

(*) Actions consolidated with (A-15) in
    D. South Carolina before J. Simmons.

p. 2

| Plaintiff | Defendant |
|---|---|
| ALVIN A. KLEVENO (A-6)<br>DOUGLAS A. BRAYE, ET AL. (A-7)<br>  Melvin K. Dayley, Esquire<br>  6330 Telegraph Avenue<br>  Oakland, Calif. 94609 | DAVID T. SALTER (INTERVENOR-PLAINTIFF A-6)<br>  Michael R. Bruck, Esquire<br>  1512 Franklin Street<br>  Oakland, California 94612 |
| EDWARD W. BRASHWELL (A-8)<br>  John Vaisey, Esquire<br>  857 Montgomery Street<br>  San Francisco, Calif. 94133 | ROY W. AIKEN (A-2)<br>  Scott J. Tepper, Esquire<br>  Gunfield & Tepper<br>  1800 Centry Park East #500<br>  Los Anglees, Calif. 90067 |
| HARRY ING SCARBOROUGH, III (A-3)<br>HENRY D. RUBLE (A-4)<br>  William H. Hitt, Esquire<br>  Hitt & Hartwell<br>  600 B Street<br>  San Diego, Calif. 92101 | |
| JAMES A CARINI<br>  James E. Bradberry, Esquire<br>  Moore, Weaver, Moore &<br>    Bradberry<br>  13185 Warwick Boulevard<br>  P. O. Box 2228<br>  Newport News, Virginia 23602 | |
| RALPH C. BEARD, ET AL. (B-9)<br>  Rudy Hernandez, Esquire<br>  Hernandez & Matthews<br>  134 East Bay Street<br>  Jacksonville, Fla. 32201 | |
| ROBERT ALAN BORSCHOWA (B-8)<br>  Bruce Reed, Esquire<br>  1407 Alaska Building<br>  2nd & Cherry Streets<br>  Seattle, Washington 98104 | |
| EDWARD A. BIRDSALL (B-9)<br>  James L. Vonasch, Esquire<br>  260 Grand Central<br>  216 1st Avenue South<br>  Seattle, Washington 98104 | |